UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| SHANEKA WILLIAMSON,<br><br>    Plaintiff,<br><br>v.<br><br>THE CBE GROUP, INC.; AFFIRM, INC.; EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC, and TRANSUNION, LLC,<br><br>    Defendants. | Case No.: 1:24-cv-00051-MLB-CMS<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT TRANSUNION, LLC** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), notice is hereby given that Defendant TransUnion, LLC may be dismissed without prejudice, with the parties to bear their own fees and costs. Plaintiff's claims against remaining Defendants remain pending.

Respectfully submitted April 2, 2024.

/s/ Esther Oise
Esther Oise, Esq. (GA Bar #686342)
Oise Law Group PC
2635 Governors Walk Blvd.
Snellville, GA 30078
Email: eoise.molaw@gmail.com
Telephone: (770) 895-3736
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on April 2, 2024, I electronically transmitted the foregoing document to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants of record in this matter.

By: */s/ Esther Oise*