**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**

| | |
|---|---|
| SHANEKA WILLIAMSON,<br><br>    Plaintiff,<br><br>v.<br><br><br>THE CBE GROUP, INC.; AFFIRM, INC.; EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC, and TRANSUNION, LLC,<br><br>    Defendants. | Case No.: 1:24-cv-00051-MLB-CMS<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT THE CBE GROUP, INC.** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff and The CBE Group, Inc. ("CBE")

hereby jointly stipulate that CBE may be dismissed with prejudice, with each of the parties

to bear their own fees and costs. All parties have now been dismised and this matter may

be dismissed in its entirety.

    Respectfully submitted July 3, 2024

/s/ Esther Oise
Esther Oise, Esq. (GA Bar #686342)
Oise Law Group PC
2635 Governors Walk Blvd.
Snellville, GA 30078
Email: oiselaw@gmail.com
Telephone: (770) 895-3736
Attorney for Plaintiff

/s/ Sarah T. Reise
Sarah T. Reise
Georgia Bar No. 181567
TROUTMAN PEPPER
HAMILTON SANDERS LLP
600 Peachtree Street, N.E., Suite 3000
Atlanta, Georgia 30308
Telephone: (404) 885-3000
Facsimile: (404) 885-3900

/s/ Jonathan K. Aust
Jonathan K. Aust
Georgia Bar No. 448584
John H. Bedard, Jr.
Georgia Bar No. 043473
BEDARD LAW GROUP, P.C.
4855 River Green Parkway
Suite 310
Duluth, Georgia 30096
Telephone: (678) 253-1871
jaust@bedardlawgroup.com
jbedard@bedardlawgroup.com
Counsel for Defendant The CBE
Group, Inc.

/s/ Allison Rhadans
Allison Rhadans
Georgia Bar No. 940557

Email: sarah.reise@troutman.com
Counsel for Defendant Affirm, Inc.

*/s/ Michael D. McWaters*
Michael D. McWaters
(Georgia Bar No. 523512)
JONES DAY
1221 Peachtree Street, N.E., Suite 400
Atlanta, GA 30361
Telephone: (404) 521-3939
Facsimile: (404) 581-8330
mmcwaters@jonesday.com
Counsel for Defendant
Experian Information Solutions, Inc.

Equifax, Inc.
1550 Peachtree Street, N.E.
Atlanta, GA 30309
Telephone: (470-714-5657
Email: Allison.Rhadans@equifax.com
Counsel for Defendant
Equifax Information Services LLC

## CERTIFICATE OF SERVICE

I hereby certify that on July 3, 2024, I electronically transmitted the foregoing

document to the Clerk's Office using the ECF system for filing and transmittal of a Notice

of Electronic Filing to all CM/ECF registrants of record in this matter.

By:  */s/ Esther Oise*