**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**

| | |
|---|---|
| SHANEKA WILLIAMSON, <br><br> Plaintiff, <br><br> v. <br><br><br> THE CBE GROUP, INC.; AFFIRM, INC.; EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC, and TRANSUNION, LLC, <br><br> Defendants. | Case No.: 1:24-cv-00051-MLB-CMS <br><br> **STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANTS EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., AND AFFIRM, INC.** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff and Defendants Affirm, Inc., Experian Information Solutions, Inc., and Equifax Information Services, LLC ("Defendants") hereby jointly stipulate that Defendants may be dismissed without prejudice, with each of the parties to bear their own fees and costs. All parties have now been dismised and this matter may be dismissed in its entirety.

Respectfully submitted July 3, 2024

/s/ Esther Oise
Esther Oise, Esq. (GA Bar #686342)
Oise Law Group PC
2635 Governors Walk Blvd.
Snellville, GA 30078
Email: oiselaw@gmail.com
Telephone: (770) 895-3736
Attorney for Plaintiff

/s/ Sarah T. Reise
Sarah T. Reise
Georgia Bar No. 181567
TROUTMAN PEPPER
HAMILTON SANDERS LLP
600 Peachtree Street, N.E., Suite 3000
Atlanta, Georgia 30308

/s/ Michael D. McWaters
Michael D. McWaters
(Georgia Bar No. 523512)
JONES DAY
1221 Peachtree Street, N.E., Suite 400
Atlanta, GA 30361
Telephone: (404) 521-3939
Facsimile: (404) 581-8330
mmcwaters@jonesday.com
Counsel for Defendant
Experian Information Solutions, Inc.

/s/ Allison Rhadans
Allison Rhadans
Georgia Bar No. 940557
Equifax, Inc.

Telephone: (404) 885-3000
Facsimile: (404) 885-3900
Email: sarah.reise@troutman.com
Counsel for Defendant Affirm, Inc.

*/s/ Jonathan K. Aust*
Jonathan K. Aust
Georgia Bar No. 448584
John H. Bedard, Jr.
Georgia Bar No. 043473
BEDARD LAW GROUP, P.C.
4855 River Green Parkway
Suite 310
Duluth, Georgia 30096
Telephone: (678) 253-1871
jaust@bedardlawgroup.com
jbedard@bedardlawgroup.com
Counsel for Defendant The CBE
Group, Inc.

1550 Peachtree Street, N.E.
Atlanta, GA 30309
Telephone: (470-714-5657
Email: Allison.Rhadans@equifax.com
Counsel for Defendant
Equifax Information Services LLC

## CERTIFICATE OF SERVICE

I hereby certify that on July 3, 2024, I electronically transmitted the foregoing document to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants of record in this matter.

By: */s/ Esther Oise*